

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PRESTIGE CAPITAL CORPORATION

                              Civil Action No. 16-cv-4362 ERK-SMG

    Plaintiff(s)

                              **AFFIDAVIT OF SERVICE**

    v.

T. SMALLWOOD CORP. D/B/A
PRESTIGE CAPITAL FUNDING GROUP and
**ALBERT SMALLWOOD**

    Defendant(s)
-------------------------------------------------------------------X

STATE OF NEW YORK  )
                        S.S.
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 5th day of August, 2016, at approximately the time of 2:40pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** upon **ALBERT SMALLWOOD** at 2343 Hylan Boulevard, 2nd Floor, Staten Island, NY 10306 by personally delivering and leaving the same with **ALBERT SMALLWOOD** at that address. At the time of service, deponent asked **ALBERT SMALLWOOD** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**ALBERT SMALLWOOD** is a black male, approximately 44 years of age, stands approximately 6 feet 2 feet tall, weighs approximately 230 pounds with shaved head and dark eyes.

_____
TIMOTHY M. BOTTI, 843358

Sworn to before me this
9th day of August, 2016

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PRESTIGE CAPITAL CORPORATION

Civil Action No. 16-cv-4362 ERK-SMG

Plaintiff(s)

**AFFIDAVIT OF SERVICE**

v.

**T. SMALLWOOD CORP. D/B/A**
**PRESTIGE CAPITAL FUNDING GROUP** and
ALBERT SMALLWOOD

Defendant(s)
------------------------------------------------------------------X

STATE OF NEW YORK )
                S.S.
COUNTY OF NEW YORK)

**TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 5th day of August, 2016, at approximately the time of 2:40pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** upon **T. SMALLWOOD CORP. D/B/A PRESTIGE CAPITAL FUNDING GROUP** at 2343 Hylan Boulevard, 2nd Floor, Staten Island, NY 10306 by personally delivering and leaving the same with **ALBERT SMALLWOOD,** who informed deponent that he holds the position of President with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**ALBERT SMALLWOOD** is a black male, approximately 44 years of age, stands approximately 6 feet 2 feet tall, weighs approximately 230 pounds with shaved head and dark eyes.

_____
**TIMOTHY M. BOTTI, 843358**

Sworn to before me this
9th day of August, 2016

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com